# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SUSAN DRINSINGER,**

        Plaintiff,

      V.                           CASE NUMBER: **07-C-871**

**KMART,**

        Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that this action is dismissed for failure to prosecute pursuant to Civil Local Rule 41.3 (E.D. Wis.).**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **December 21, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |